120 P.3d 1144

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

State v. Kekahu . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25369    09/14/2005    Affirmed
Woodall v. Sacharov . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26591    09/29/2005    Affirmed
A.P. v. J.S. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26549    09/29/2005    Vacated &
                                                                                                                remanded
State v. Elley . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25423    09/30/2005    Affirmed,
                                                                                                                vacated &
                                                                                                                remanded